# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOMIKA HINDSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>MSCB, INC.<br><br>　　　Defendant. | Case No. 4:23-cv-00061-SHL-SBJ<br><br><br>**NOTICE OF SETTLEMENT** |

Defendant MSCB, Inc., by and through undersigned counsel, hereby provides notice to the court that the Parties have reached a settlement agreement in the above-titled case and are presently finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　/s/ Lance W. Lange
　　　　　　　　　　　　　　　　　　　　　Lance W. Lange
　　　　　　　　　　　　　　　　　　　　　Faegre Drinker Biddle & Reath LLP
　　　　　　　　　　　　　　　　　　　　　801 Grand Avenue, 33rd Floor
　　　　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50309
　　　　　　　　　　　　　　　　　　　　　Telephone: (515) 447-4725
　　　　　　　　　　　　　　　　　　　　　Lance.lange@faegredrinker.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant,*
　　　　　　　　　　　　　　　　　　　　*MSCB, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2023, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Southern District of Iowa and served via electronic mail and U.S. Mail upon the following:

Tomika Hindson – Pro Se
PO Box 3754
Urbandale, Iowa  50323
Email: hindson.tomika74@yahoo.com

                                                  /s/ Paulette Ohnemus